IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE RADOGNO, in her official capacity as Minority Leader of the Illinois Senate, THOMAS CROSS, in his official capacity as Minority Leader of the Illinois House of Representatives, ADAM BROWN, in his official capacity as a state representative from the 101st Representative District and individually as a registered voter, VERONICA VERA, CHOLE MOORE, JOHN AGUILAR, and ANGEL GARCIA<br><br>      Plaintiffs,<br><br>  vs<br><br>ILLINOIS STATE BOARD OF ELECTIONS, RUPERT BORGSMILLER, Executive Director of the Illinois State Board of Elections, HAROLD D. BYERS, BRYAN A. SCHNEIDER, BETTY J. COFFRIN, ERNEST C. GOWEN, WILLIAM F. McGUFFAGE, JUDITH C. RICE, CHARLES W. SCHOLZ, JESSE R. SMART, all named in their official capacities as members of the Illinois State Board of Elections, and LISA MADIGAN in her official capacity as the Illinois Attorney General<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 1:11-cv-04884 |

## INTERVENING PLAINTIFF ILLINOIS REPUBLICAN PARTY'S ADOPTION OF THE SECOND AMENDED COMPLAINT

  Intervening Plaintiff the Illinois Republican Party hereby adopts, for the record, the Second Amended Complaint filed in this matter on October 31, 2011, portions of which were dismissed with prejudice by this Court's Order of November 22, 2011.

Respectfully submitted,

The Illinois Republican Party

/s/ John G. Fogarty, Jr. /s/

Counsel for the Plaintiff-Intervenor

| | |
|---|---|
| John Fogarty, Jr. | Brien Sheahan |
| Law Office of John Fogarty, Jr. | Law Office of Brien Sheahan |
| 4043 N. Ravenswood, Ste. 226 | 5 Saint Regis Court |
| Chicago, Illinois 60613 | Elmhurst, Illinois 60126 |
| (773) 549-2647 | (630) 728-4641 phone |
| (773) 681-7147 (fax) | (866) 796-5676 fax |
| john@fogartylawoffice.com | bsheahan@sheahanlaw.com |
| ARDC # 6257898 | ARDC # 6256664 |

Kenneth E. Johnson
Kenneth E. Johnson, LLC
303 N. 2nd Street, Suite 25
St. Charles, Illinois 60174
(630) 945-3814
(630) 945-3806 (fax)
kennethjohnsonlaw@earthlink.net
ARDC # 6211237